Sergio Bent, Bar No. 180662
Jesse M. Caryl, Bar No. 208687
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Email: sbent@fordharrison.com
jcaryl@fordharrison.com

Attorneys for Defendant
AmeriSave Mortgage Corporation



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RANDY BEJARANO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia Corporation,<br><br>Defendant. | Case No. ED CV 08-00599 SGL (JCRx)<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER<br><br>Action Filed: May 5, 2008<br>Trial Date: None |

**TO ALL PARTIES AND THE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that subject to the Joint Stipulation RE: Protective Order submitted by the parties in this action, the Court makes the following Order:

1. Applicability. This Order shall apply to all documents, things, materials, testimony or other information derived there from, that are disclosed in connection with discovery proceedings in this action, and any informal exchange of information among the parties, to the extent the affected party identifies the document and/or information as privileged (i.e., "Protected Discovery").

2. Limited Use and Disclosure of Protected Discovery Information. All Protected Discovery information revealed in this lawsuit shall be used solely for the preparation, pre-trial, trial (including arbitration), and appeal of this case, and shall not be used by any person (except by the producing party) for any other purpose, including, but not limited to, any business or competitive purpose or in any other litigation, and shall not be used or disclosed in this action except as provided for in this Order. Subject to the limitations on usage set forth below, the parties agree that Protected Discovery information shall not be used, disclosed, or otherwise communicated to anyone, except:

    a. To counsel of record for a party and paralegals or other legal assistants employed by such counsel and reasonably necessary to assist counsel;

    b. To the Court, the jury, and such other court personnel as must necessarily be presented with the information in order to carry out their official functions in connection with this litigation; and

    c. To "Qualified Persons". "Qualified Persons" shall include:

        i. legitimate, independent (outside) experts or consultants (together with their clerical staff) retained by counsel to assist with the preparation and trial of this action;

        ii. court reporter(s) employed in this action;

        iii. a witness at any deposition or other proceeding in this action who reasonably needs to review the confidential materials;

        iv. any other person as to whom the parties in writing agree; and

        v. the parties to the action.

All persons to whom discovery information is disclosed shall be advised of this stipulated Order and shall agree to be bound by it in writing.

3. Court Filings. Neither party shall file a document that contains the name of any of the current or former employees of Defendant with the current or former employees' complete street address and/or telephone number.

4. No Waiver of Other Objections. Each party shall retain the right to oppose disclosure or production of any information sought in discovery on any additional grounds outside the provisions of this stipulated Order. A party may also challenge the propriety of Protected Discovery via statutory motion to compel procedures.

5. Ultimate Disposition of Confidential Information. Within forty-five (45) days after the conclusion of this litigation, whether by settlement, satisfaction of judgment, verdict, appeal, or otherwise, all Protected Discovery information produced by a party and all reproductions, evidentiary summaries, and extracts of same, excluding attorney work product, shall be returned to opposing counsel, at the producing party's expense. In the alternative, the information may be destroyed by opposing counsel with a letter attesting to that fact. Thereafter, no confidential data or information gleaned or obtained from any such document or materials may be disclosed by anyone bound by this stipulated Order, including Plaintiff and Defendant or their agents and representatives, to any third party for any purpose whatsoever.

6. Survival. The terms of this Order shall survive the final termination of this action and shall be binding on the parties thereafter to the extent that the information contained in the Confidential Information produced is not or does not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder.

**IT IS SO ORDERED.**

Dated: 10/15/08

Hon. ~~Stephen G. Larson~~ Oswald Parada
U.S. Magistrate Judge