JS-6

Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Payam Shahian (SBN 228406)
PShahian@InitiativeLegal.com
Sang Park (SBN 232956)
SPark@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Randy Bejarano

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RANDY BEJARANO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia corporation,<br><br>Defendant. | Case No.: EDCV 08-00599 RHW (OPx)<br><br>[Hon. Robert H. Whaley]<br><br>CLASS ACTION<br><br>[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

On June 22, 2010, the Court entered an Order ("Final Approval Order") granting final approval of the class action settlement described in the Joint Stipulation of Class Action Settlement and Release (the "Settlement Agreement") between Plaintiff Randy Bejarano ("Plaintiff") and Defendant Amerisave Mortgage Corporation ("Defendant") (collectively the "Parties") and awarded fees and costs.

Pursuant to the Settlement Agreement, the Parties conditioned the effectiveness of the Settlement Agreement upon the Court entering a Judgment dismissing the lawsuit with prejudice and agreed to request that the Court enter such Judgment. Now that the Court has granted final approval of the Settlement Agreement, the Parties present to the Court this proposed form of Judgment for the Court's review and approval.

**NOW GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Final Approval Order and orders that the pending litigation be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure, Rule 58.

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement.

3. Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

**IT IS SO ORDERED.**

Dated: 6/22/10

Honorable Robert H. Whaley
Judge, United States District Court